

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00310-CV

KENN GOLDBLATT                                                    APPELLANT

V.

VIQUI LITMAN                                                        APPELLEE

----------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 153-270555-14

----------

## MEMORANDUM OPINION AND JUDGMENT[1]

----------

Kenn Goldblatt filed a notice of appeal from the trial court's verbal denial of his motion to dismiss a partition suit currently pending in the trial court. On October 1, 2015, this court informed appellant of its concern that it lacked jurisdiction over this appeal because the trial court clerk had informed this court that the trial judge has not signed an appealable order. Appellant responded that

---

[1]See Tex. R. App. P. 47.4.

his notice of appeal was filed by mistake and asked that it be dismissed. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of the appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  October 22, 2015